UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEREMOK PROPERTIES LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>ALLIED INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | CASE NO. 2:21-cv-00158-JCC-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR STAY |

This matter is before the Court on the parties' stipulated motion to stay the case until they have completed mediation, which is scheduled for April 28, 2021. Dkt. 13, at 1. Having considered the motion, the Court finds good cause and grants the request. All deadlines are stayed until the parties have completed mediation. On or before May 5, 2021, the parties shall file a joint status report apprising the Court of the status of the matter.

Dated this 18th day of March, 2021.

_____
J. Richard Creatura
United States Magistrate Judge