# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TEREMOK PROPERTIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. 2:21-cv-00158-JCC-JRC<br><br>ORDER SETTING PRETRIAL DEADLINES |

This matter is before the Court on referral from the District Court and on the parties' joint status report regarding the status of mediation. Dkt. 15.

In March 2021, the parties requested that the Court stay the case while they completed mediation in April 2021. Dkt. 13, at 1. The Court granted the request and stayed the matter temporarily. The parties have completed mediation and filed a status report stating that they did not reach resolution. Dkt. 15, at 1. Therefore, the stay has lifted, and the Court enters the following pretrial deadlines: initial disclosures (*see* Dkt. 12, at 1) are due May 24, 2021; and the joint status report discussed in the Court's pretrial order (Dkt. 12, at 1) is due May 31, 2021.

The parties shall otherwise abide by the Court's pretrial orders (*see* Dkts. 11, 12), except as subsequently amended.

Dated this 6th day of May, 2021.

J. Richard Creatura
Chief United States Magistrate Judge