THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEREMOK PROPERTIES, LLC, | CASE NO. C21-0158-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIED INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 20). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared "stipulate that the claims asserted against the Defendant by the Plaintiff, including all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties." (Dkt No. 20 at 1.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to CLOSE this case.

MINUTE ORDER
C21-0158-JCC
PAGE - 1

DATED this 12th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0158-JCC
PAGE - 2